*Honorable Marsha J. Pechman*

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALEC HOLYAS,<br><br>Plaintiff,<br><br>v.<br><br>ERIC HOLDER, ET AL,<br><br>Defendants. | No. 11-2072-MJP<br><br>STIPULATION AND PROPOSED ORDER HOLDING CASE IN ABEYANCE<br><br>**NOTE ON CALENDAR: 2/16/2012** |

## I.  Stipulation.

Following the filing of the last stipulation in this matter (Dkt. #16), new facts have arisen which are relevant to this action and which may eliminate the need for further litigation. In the interests of avoiding unnecessary labor by both parties and the Court, the parties request that the Court hold this matter in abeyance until September 28, 2012 to give the parties time to investigate the new facts. The parties further request that the deadlines for exchange of initial disclosures and filing of the joint status report be stricken, and that both the plaintiff's pending motion for summary judgment and the defendants' cross-motion for discovery be withdrawn, without prejudice to renewal at a future date.

STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE – 1
No. 11-2072-MJP

The parties agree to file a status report with the Court no later than August 31, 2012.

Dated this 16th day of February, 2012.

| | |
|---|---|
| /s/ Devin T. Theriot-Orr | /s/ Elizabeth Stevens |
| Devin T. Theriot-Orr, WSBA #33995 | Elizabeth Stevens |
| GIBBS HOUSTON PAUW | OFFICE OF IMMIGRATION LITIGATION |
| 1000 Second Avenue, Suite 1600 | 450 5th Street NW |
| Seattle, WA 98104-1003 | Washington, D.C. 20001 |
| (206) 682-1080, devin@ghp-law.net | Elizabeth.stevens@usdoj.gov |
| Counsel for Plaintiff | Counsel for Defendants |

## Certificate of Service

I certify that on this day I filed the foregoing using the CM/ECF system. All participants are registered with CM/ECF. Notice of such filing will be delivered by the CM/ECF system to Elizabeth.Stevens@usdoj.gov.

Dated this 16th day of February, 2012.

/s/ Devin T. Theriot-Orr
Devin T. Theriot-Orr, WSBA #33995

STIPULATION AND ORDER
HOLDING CASE IN ABEYANCE – 2
No. 11-2072-MJP

## II. Order.

The parties having so stipulated, it is SO ORDERED. This case is held in abeyance until September 28, 2012, and all pending deadlines are STRICKEN. The parties are ORDERED to submit a joint status report no later than August 31, 2012.

IT IS SO ORDERED this 16th day of February, 2012.

Marsha J. Pechman
United States District Judge